**EXHIBIT A**

**EXHIBIT A**

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR KING COUNTY

| | |
|---|---|
| ELIZABETH SOLIS AND VICTOR SOLIS, a marital community, <br><br> Plaintiffs, <br> v. <br><br> ESSEX PROPERTY TRUST, INC., d/b/a ESSEX PROPERTY, INC., a foreign corporation, ESSEX MANAGEMENT CORPORATION, INC., a foreign corporation, XYZ CO., a foreign corporation, limited liability company, limited liability partnership, partnership or sole proprietorship, <br><br> Defendants. | NO. 21-2-03556-2 <br><br> COMPLAINT FOR DAMAGES |

COME NOW Plaintiffs Elizabeth Solis and Victor Solis and for complaint allege:

### I. PARTIES

1.1   At all relevant times hereto, plaintiffs Elizabeth and Victor Solis were residents of King County, Washington and tenants at Evergreen Heights Apartments in Kirkland, WA.

1.2   At all relevant times hereto, defendant Essex Property Trust, Inc., d/b/a Essex Property, Inc. was a foreign corporation doing business in King County, Washington and

the lawful owner and/or operator of Evergreen Heights Apartments located at 12216-12233 NE 131st Way, Kirkland, WA 98034, and responsible for the safe maintenance and repair of said property on behalf of the tenants.

1.3     At all relevant times hereto, defendant Essex Management Corporation, Inc. was a foreign corporation doing business in King County, Washington and the lawful owner and/or operator of Evergreen Heights Apartments located at 122216-12233 NE 131st Way, Kirkland, WA 98034, and responsible for the safe maintenance and repair of said property on behalf of the tenants.

1.4     At all relevant times hereto, defendant XYZ CO. was a foreign corporation doing business in King County, Washington and the lawful owner and/or operator of Evergreen Heights Apartments located at 122216-12233 NE 131st Way, Kirkland, WA 98034, and responsible for the safe maintenance and repair of said property on behalf of the tenants.

## II. JURISDICTION AND VENUE

2.1     Jurisdiction is proper in the State of Washington because all parties reside in, or do business in, Washington. The Superior Court of King County, State of Washington, has subject matter jurisdiction over this action pursuant to RCW 2.08.010.

2.2     Venue is proper in and for King County because the defendants either own property and do business in, or reside in, King County and because the acts and omissions alleged herein resulted in personal injury in Kirkland, King County, Washington.

## III. FACTS

3.1 On or about March 23, 2018, plaintiff Elizabeth Solis parked her car in her designated parking stall at the Evergreen Heights Apartments owned and/or controlled by the defendants. The defendants' negligence, including but not limited to their failure to provide and maintain safe walkways for tenants, failure to remove unsafe and hazardous conditions from the area, and failure to properly design and comply with local and national safety standards for the subject parking lot, proximately and directly caused the plaintiff to fall and sustain serious and permanent injuries.

## IV. DAMAGES

4.1 This incident caused the plaintiff Elizabeth Solis to incur past and future medical expenses, past and future income loss, general damages for pain and suffering, permanent disability, emotional distress, loss of enjoyment of life, and other damages, all in amounts to be proven at the time of trial.

4.2 As a direct and proximate result of defendants' acts and omissions set forth above, plaintiff Victor Solis lost the consortium of his spouse to his damage in an amount to be proven at the time of trial.

WHEREFORE, plaintiffs pray for judgment against the defendants for damages as alleged, plus costs.

DATED this 17th day of March, 2021.

WEST LAW FIRM, P.S.

By: _____
Patrick R. West, WSBA #41949
Attorneys for Plaintiffs

West Law Firm, P.S.
524 Tacoma Avenue South
Tacoma, Washington 98402
(253) 383-4704