THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ELIZABETH SOLIS, *et al.*, | CASE NO. C21-1650-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ESSEX PROPERTY TRUST INC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Before the Court is the parties' stipulated motion for an order remanding this action to state court. (Dkt. No. 12.) It is hereby ORDERED that the parties' motion (Dkt. No. 12) is GRANTED. This action is hereby REMANDED to King County Superior Court.

DATED this 5th day of January 2022.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Sandra Rawski<br>
Deputy Clerk

MINUTE ORDER
C21-1650-JCC
PAGE - 1